SCANNED

# United States Court of Appeals
## For the First Circuit

No. 08-8068

IN RE: HANNAFORD BROS. CO. CUSTOMER DATA SECURITY BREACH LITIGATION.

Before

Lynch, <u>Chief Judge</u>,
Torruella and Boudin, <u>Circuit Judges</u>.

ORDER OF COURT

Entered: March 26, 2009

Petitioner Kash N' Karry d/b/a Sweetbay Supermarket and Sweetbay Liquors has timely petitioned this court pursuant to 28 U.S.C. § 1453(c) for permission to appeal from the district court's order granting respondent Thomas T. Grimsdale III's motion to remand. The petition for permission to appeal is <u>granted</u>. We set an abbreviated briefing schedule and schedule this appeal for oral argument on April 9, 2009. Any supplemental briefs must be filed by April 7, 2009.

This case shall now proceed under docket number 09-1393.

<u>So ordered.</u>

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Hon. D. Brock Hornby, US District Judge for the District of Maine
Linda L. Jacobson, Clerk, US District Court of Maine
All counsel of record