## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| IN RE HANNAFORD BROS. CO.      ] | |
|     CUSTOMER DATA SECURITY    ]   | MDL DOCKET NO. 2:08-MD-1954 |
|     BREACH LITIGATION          ] | |

### NOTICE TO COUNSEL

Osgoode Professional Development Centre of Osgoode Hall Law School of York University, Toronto, Canada, is presenting the Seventh National Symposium on Class Actions in Toronto on April 29-30, 2010.  Co-chairs are Professor Garry D. Watson, QC, Osgoode Hall Law School, and The Hon. Justice Peter A. Cumming, Ontario Superior Court of Justice.  Information about the program can be found at the Law School website, http://www.osgoodepd.ca/cle/2010_class_actions/index.html.  It is generally open to the public.

I have agreed to participate in a panel discussion entitled "A View from the Bench."  The moderator is Ward K. Branch of Barristers & Solicitors, Vancouver.  The panelists are Hon. Chief Justice Robert Bauman, Supreme Court of British Columbia; Hon. Justice Catherine L. Dawson, Court of Queen's Bench of Saskatchewan; Hon. Justice James P. Adams, Supreme Court of Newfoundland and Labrador; and Hon. Justice Joan L. Lax, Ontario Superior Court of Justice.

I am aware of no ethical restrictions that would discourage my participation in this legal education program, but it seems best to disclose formally my attendance and involvement.  I will not comment on cases still pending before me.

**DATED THIS 21ST DAY OF APRIL, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**