UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE HANNAFORD BROS. CO.<br>CUSTOMER DATA SECURITY<br>BREACH LITIGATION | )  MDL DOCKET NO. 2:08-MD-1954<br>)<br>) |

## ORDER TO SHOW CAUSE

     In light of the September 21, 2010, answer (filed in this Court on October 6, 2010) of the Maine Supreme Judicial Court sitting as the Law Court in response to this Court's certified questions, the parties are ORDERED TO SHOW CAUSE by October 21, 2010, why judgment should not be entered in favor of the defendant on all claims.

                                      /s/ D. Brock Hornby
                                      D. Brock Hornby
                                      U.S. District Judge

Dated at Portland Maine this 6th day of October, 2010