UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IN RE HANNAFORD BROS. CO.    ] | |
|     CUSTOMER DATA SECURITY    ] | MDL DOCKET NO. 2:08-MD-1954 |
|     BREACH LITIGATION    ] | |

**ORDER**

Since the parties have filed no response to the Court's Order to Show Cause dated October 6, 2010, and in light of the September 21, 2010, answer (filed in this Court on October 6, 2010, see Docket Item 107) of the Maine Supreme Judicial Court Sitting as the Law Court in response to this Court's Certificate of Questions of State Law, the Clerk shall enter judgment in favor of the defendant on all claims.

SO ORDERED.

DATED THIS 27TH DAY OF OCTOBER, 2010

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE