UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN RE HANNAFORD BROS. CO.          )
CUSTOMER DATA SECURITY             )     MDL DOCKET NO. 2:08-MD-1954
BREACH LITIGATION                  )

## JUDGMENT

In accordance with the Decision and Order on Defendant Hannaford Bros. Co.'s Motion to Dismiss, issued on May 12, 2009, by District Judge D. Brock Hornby and also in accordance with the Order, issued on October 27, 2010, by District Judge D. Brock Hornby; JUDGMENT is hereby entered on all claims for the defendants, Delhaize America Inc, Hannaford Bros Co and Kash N Karry Food Stores Inc, against the Plaintiffs Jerzy Dobryniewski, David Hurd, Arline Nenni, Simone Major, Michael Miehle, Sarah Gagnon, Todd Stevens, Jackie Zumba, Melinda J. Ryan, Greg Doherty, Kathleen Wheeler, Brian Bradbury, Sam Micalizzi, Leonard Assner, Simon Straub, Jennifer Boes, Marjorie Fischer, Ellen Best, Christine Tushin, U. Nekol Pyle, Christopher L. Grittani, Elizabeth Trask, Steve Termine, Elizabeth Dowd, Gary Zupan, Michael William Boland, Janet L. Boland, John Meade, Katherine Courchene, Kathleen Dills, Kimberly Evers, Maureen Johnson, Connie Mason, John Anderson, Pauline Hatch, Bruce Hatch, Robet Jenkins, Heather Locke, Jeanne Smith, Eileen Turcotte, Michael Cyr, Steve Early, Cyndi Fear, Thomas Fear, Mark Follansbee, Carlton Greely, Robert Hanson, John Hutchings, Nancy Hutchings, Pamela Lamotte, Pamela Merrill, SSG Jessica

Choate, Pamela Williams and Lori Valburn.

                                               Linda L. Jacobson
                                               Clerk of Court


                                               <u>/s/ Melody Whitten</u>
                                               By: Melody Whitten
                                               Deputy Clerk

Dated: October 27, 2010