**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: HANNAFORD BROS. CO. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 2:08-MD-1954 ALL CASES |

**NOTICE OF APPEAL**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, notice is hereby given that John Anderson, Michael Cyr, Elizabeth Dowd, Steve Earley, Cyndi and Thomas Fear, Mark Follansbee, Carlteton Greely, Robert Hanson, Pauline and Bruce Hatch, John and Nancy Hutchings, Robert Jenkins, Pamela Lamotte, Pamela Merrill, SSG Jessica Choate and Pamela Williams, Jeanne Smith, Eileen Turcotte, and Lori Valburn, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Order and Judgment dated October 27, 2010, entered by the United States District Court for the District of Maine.

.
Dated: November 24, 2010        /s/ Peter L. Murray
　　　　　　　　　　　　　　　　Peter L. Murray (Maine Bar No. 1135)
　　　　　　　　　　　　　　　　MURRAY, PLUMB & MURRAY
　　　　　　　　　　　　　　　　75 Pearl Street
　　　　　　　　　　　　　　　　Portland, ME 04101
　　　　　　　　　　　　　　　　Tel:   (207) 773-5651

　　　　　　　　　　　　　　　　Lewis Saul (New York Bar No. 4468740)
　　　　　　　　　　　　　　　　LEWIS SAUL & ASSOCIATES P.C.
　　　　　　　　　　　　　　　　183 Middle Street, Suite 200
　　　　　　　　　　　　　　　　Portland, ME 04101
　　　　　　　　　　　　　　　　Tel: (207) 874-7407

　　　　　　　　　　　　　　　　*Interim Class Counsel*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on November 24, 2010, I electronically filed the within Notice of Appeal with the Clerk of Court using the ECF system, which will cause an electronic notice to be sent to registered counsel of record.

/s/ Peter L. Murray
Peter L. Murray (Maine Bar No. 1135)
MURRAY, PLUMB & MURRAY
75 Pearl Street
Portland, ME 04101
Tel:   (207) 773-5651

*Interim Class Counsel*

-2-